AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griffith, Thomas B | US Court of Appeals-DC Circuit | 5/15/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Constitution Avenue, NW <br> Suite 3917 <br> Washington, DC 20001 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Executive Board | American Bar Association/Central European and Eurasian Law Initiative |
| 2. Member, Board of Directors | Friends of the CEELI Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | Deseret Mutual Benefit Association (DMBA) Investment Fund (retirement plan) |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 15 P 7: 15 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B | 5/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Brigham Young University - Adjunct Professor salary | $ 7,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | J Reuben Clark Law Society | 1/21-1/22/2007 | Univ of William & Mary | Speak to Student Chapter | Mileage |
| 2. | J Reuben Clark Law Society | 2/16 - 2/17/2007 | Pepperdine University | Speak at Nat'l Conference | Airfare |
| 3. | Federalist Society | 3/29 - 3/30/2007 | University of Virginia | Speak to Student Chapter | Lodging |
| 4. | University of Virginia Law School Moot Court Board | 3/30 - 4/1/2007 | University of Virginia | Judged Moot Court Finals | Mileage and meals, 2 night hotel expenses |
| 5. | Federalist Society | 4/16 - 4/17/2007 | University of Kentucky | Speak to Student Chapter | Airfare, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B | 5/15/2008 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | CEELI Institute | 6/5 - 6/9/2007 | Prague, Czech Republic | Annual Meeting/Dedication | Airfare, lodging, taxi, meals |
| 7. | District of Columbia Circuit | 6/27 - 6/29/2007 | Hot Springs, Virginia | 2007 D.C. Judges' Conf | Transportation, lodging, meals |
| 8. | Brigham Young University | 9/20 - 9/23/2007 | Brigham Young University | Rec'd Honorary Alum Award | Mileage |
| 9. | Brigham Young University - Law & Religion Symposium | 10/11/2007 | Washington, DC | Speak at Dinner | Dinner |
| 10. | Princeton University Center for the Study of Religion; Center for Human Values | 11/9 - 11/11/2007 | Princeton University | Speak at Conference | 2 nights lodging, taxi fare, train fare |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B | 5/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Provident Funding | Mortgage | O |
| 2. | GE Money Bank | Finance Plan | J |
| 3. | CitiFinancial | Finance Plan | J |
| 4. | USAA | Credit Card | K |
| 5. | C&D Construction | Unsecured Construction Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B | 5/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Acct | A | Interest | K | T | | | | | |
| 2. DMBA Investment Fund | A | Dividend | J | T | Total lqdtn | 1/24 | K | | |
| 3. New York Life Whole Life Policy | A | Interest | J | T | | | | | |
| 4. Nuveen #1 | A | Dividend | J | T | | | | | |
| 5. Nuveen #2 | A | Dividend | J | T | | | | | |
| 6. Edward Jones | A | Dividend | J | T | | | | | |
| 7. DMBA Investment Fund | A | Dividend | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B | 5/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544